**Order entered July 11, 2018**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00354-CR

### PRAKASH POORNAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No 7**
**Bexar County, Texas**
**Trial Court Cause No. 512034**

## ORDER

We **REINSTATE** this appeal.

We abated this case for a hearing to determine why appellant's brief has not been filed. The trial court held a hearing and made findings. We **ADOPT** the trial court's findings that (1) appellant desires to prosecute this appeal; (2) Paul Saputo is appellant's retained counsel; (3) counsel has not abandoned the appeal; and (4) counsel had not received email notices from this Court regarding the deadlines in this case due to an issue with his email server.

We **ORDER** appellant's brief filed on or before **August 13, 2018**. We **DIRECT** the Clerk of the Court to send a copy of this order by electronic submission as well as by United States mail to Paul Saputo, Saputo Law Firm, 1320 Griffin St. East, Dallas, TX 75215.

/s/    LANA MYERS
JUSTICE